United States Bankruptcy Court for the:

WESTERN DISTRICT OF NEW YORK

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **The DiNardo Law Firm, P.C.** |
| **2.** | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **16-1425322** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**  **c/o 5933 Main Street**  **Apartment 204**  **Williamsville, NY 14221**  Number, Street, City, State & ZIP Code  **Erie**  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

| Debtor | The DiNardo Law Firm, P.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5411__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

Debtor **The DiNardo Law Firm, P.C.**
Name

Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**
District _____ When _____
Relationship _____
Case number, if known _____

**11. Why is the case filed in *this district*?** *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** *Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
☐ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor **The DiNardo Law Firm, P.C.**     Case number (*if known*)
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | The DiNardo Law Firm, P.C. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2023**
MM / DD / YYYY

**X** **/s/ Joseph DiNardo**          **Joseph DiNardo**
Signature of authorized representative of debtor          Printed name

Title **Sole Shareholder**

**18. Signature of attorney**

**X** **/s/ Daniel F. Brown**          Date **September 7, 2023**
Signature of attorney for debtor          MM / DD / YYYY

**Daniel F. Brown**
Printed name

**Lippes Mathias LLP**
Firm name

**9145 Main Street**
**Clarence, NY 14031**
Number, Street, City, State & ZIP Code

Contact phone **(716) 235-5030**          Email address

Bar number and State

Debtor  **The DiNardo Law Firm, P.C.**　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF NEW YORK

Case number (*if known*) _____  Chapter  **11**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **Blue Ocean Partners LLC** | | Relationship to you | | **Affiliate** |
| District | **Western District of New York** | When **3/23/23** | Case number, if known | | **23-10245-CLB** |
| Debtor | **Joseph DiNardo** | | Relationship to you | | **Affiliate** |
| District | **Western District of New York** | When **4/10/23** | Case number, if known | | **23-10316-CLB** |

# UNANIMOUS WRITTEN CONSENT

# OF

# SOLE DIRECTOR

# OF

# THE DINARDO LAW FIRM, P.C.

THE UNDERSIGNED, being the Sole Director of THE DINARDO LAW FIRM, P.C., a New York Professional Service Corporation (the "Corporation"), who would be entitled to notice of meeting of the Board of Directors of the Corporation for the purpose of taking such action and adopting the resolutions set forth below, do hereby waive such notice, take the following actions, and adopt the following resolutions by unanimous written consent to action pursuant to Sections 708 and 1513 of the Business Corporation Law of the State of New York.

NOW, THEREFORE, BE IT

RESOLVED, that the filing by the Company of a petition for relief under Chapter 11 of Title 11, United States Code, 11 U.S. Section 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Western District of New York be, and it hereby is, authorized and approved;

RESOLVED FURTHER, each of the officers of the Corporation is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy court for the Western District of New York, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate;

RESOLVED FURTHER, that the Corporation is authorized to retain Andreozzi Bluestein LLP ("Andreozzi Bluestein") as its General Counsel, in connection with its Chapter 11 Filing, upon the terms and conditions set forth in Andreozzi Bluestein's April 4, 2023 retainer letter;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized to retain on behalf of the Corporation such other professionals as they deem necessary or appropriate, upon such terms and conditions as they shall approve, to render services to the Corporation in connection with such Chapter 11 proceeding and with respect to other related matters in connection therewith;

RESOLVED FURTHER, that each officer of the Corporation be, and each of them is authorized and empowered to open Debtor-in-Possession bank accounts with any bank, including, but not limited to, those on the United States Department of Justice, Office of the United States Trustee's list of approved depository banks, and is authorized to open and to maintain such bank accounts as are permitted by law, once a Chapter 11 case has been commenced;

RESOLVED FURTHER, that each of the officers of the Corporation is authorized and directed to take any and all further action and to execute and to deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and to accomplish the purposes of the resolutions adopted herein;

RESOLVED FURTHER, that all actions taken previously by each of the officers and directors of the Corporation or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved;

RESOLVED, that each officer of the Corporation be, and each of them hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Corporation or otherwise, as he/she may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions.

RESOLVED FURTHER, that this resolution shall constitute the minutes of the meeting of the Board of Directors of the Corporation.

**IN WITNESS WHEREOF**, the undersigned has executed this Consent as of this 6th day of April, 2023.

Directors:

_____
Joseph DiNardo, Sole Director

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The DiNardo Law Firm, P.C.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF NEW YORK |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **September 7, 2023**    X **/s/ Joseph DiNardo**
Signature of individual signing on behalf of debtor

**Joseph DiNardo**
Printed name

**Sole Shareholder**
Position or relationship to debtor

Official Form 202    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Case 1-23-10865-CLB,    Doc 1,    Filed 09/08/23,    Entered 09/08/23 17:10:04,
Description: Main Document , Page 9 of 17

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **The DiNardo Law Firm, P.C.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Blue Ocean Partners LLC**<br>c/o Regina A. Walker, Chapter 7 Trustee<br>Law Office of Regina Walker<br>300 International Drive, Suite 100<br>Williamsville, NY 14221 | | **Notice Only** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **Internal Revenue Service**<br>Centralized Insolvency Operations<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | | **Notice Only** | **Contingent Unliquidated Disputed** | | | $1.00 |
| **NYS Department of Labor**<br>Attn: Insolvency Unit<br>Harriman State Office Campus Building 12, Room 256<br>Albany, NY 12240 | | **Penalty** | | | | $1,023.16 |
| **NYS Department of Taxation & Finance**<br>Bankruptcy Unit<br>Post Office Box 5300<br>Albany, NY 12205 | | **Notice Only** | **Contingent Unliquidated Disputed** | | | $1.00 |

| Debtor | The DiNardo Law Firm, P.C. | | Case number *(if known)* | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NYS Unemployment Insurance** Post Office Box 15012 Albany, NY 12212-5012 | | **Unemployment Insurance** | **Unliquidated** | | | $226.80 |
| **NYS Workers' Compensation Board** 328 State Street Schenectady, NY 12305 | | **Workers' Compensation** | **Unliquidated Disputed** | | | $18,500.00 |
| **NYS Workers' Compensation Board** Bureau of Compliance Post Office Box 5200 Binghamton, NY 13092 | | **Workers' Compensation Penalty** | **Disputed** | | | $3,519.17 |
| **The Hartford Financial Services Group** 690 Asylum Avenue Hartford, CT 06155 | | **Insurance** | | | | $170.00 |

# United States Bankruptcy Court
## Western District of New York

In re **The DiNardo Law Firm, P.C.**  
Debtor(s)

Case No.  
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Joseph DiNardo**<br>**5933 Main Street**<br>**Apartment 204**<br>**Williamsville, NY 14221** | **Sole Shareholder** | N/A | 100% |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the **Sole Shareholder** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **September 7, 2023**

Signature **/s/ Joseph DiNardo**  
**Joseph DiNardo**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

In re **The DiNardo Law Firm, P.C.**     Case No.
Debtor(s)     Chapter **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **The DiNardo Law Firm, P.C.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 7, 2023**     **/s/ Daniel F. Brown**
Date     **Daniel F. Brown**
Signature of Attorney or Litigant
Counsel for **The DiNardo Law Firm, P.C.**
**Lippes Mathias LLP**
**9145 Main Street**
**Clarence, NY 14031**
**(716) 235-5030 Fax:(716) 633-0301**

# United States Bankruptcy Court
## Western District of New York

In re   **The DiNardo Law Firm, P.C.**                                    Case No.
                                         Debtor(s)                        Chapter   **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Sole Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 7, 2023**              **/s/ Joseph DiNardo**
                                           **Joseph DiNardo**/**Sole Shareholder**
                                           Signer/Title

Actuarial Consulting Services, Inc.
Attn: Mark E. Brand, Esq.
30 Bryant Woods North
Amherst, NY 14228-3601


Ardec Capital Solutions LLC
155 Mineola Boulevard
Mineola, NY 11501


Blue Ocean Partners LLC
c/o Regina A. Walker, Chapter 7 Trustee
Law Office of Regina Walker
300 International Drive, Suite 100
Williamsville, NY 14221


Brennan & Clark
Attn: Michael Black
721 East Madison Street
Suite 200
Villa Park, IL 60181


Corporation Service Company
Post Office Box 2576
Springfield, IL 62708


Counsel Financial Services, LLC
500 Pearl Street, Suite 820
Buffalo, NY 14202


Dansa D'Arata & Soucia CPAs LLP
500 Pearl Street, Suite 810
Buffalo, NY 14202


DiNardo Law Firm Profit Sharing Plan
c/o 5933 Main Street
Apartment 204
Williamsville, NY 14221


Elissa D. Miller, Esq.
Chapter 7 Trustee of Girardi Keese
Greenspoon Marder LLP
1875 Century Park East, Suite 1900
Los Angeles, CA 90067

```
Equal Access Justice Fund LP
105 S. Narcissus Avenue
Suite 800
West Palm Beach, FL 33401


FLP Law Group, LLP
Attn: Alan W. Forsley, Esq.
1875 Century Park East, Suite 2230
Los Angeles, CA 90067


Gleichenhaus, Marchese & Weishaar, P.C.
Attn: Scott J. Bogucki, Esq.
930 Convention Tower
43 Court Street
Buffalo, NY 14202


Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Jamie Ruigomez
c/o Hoover & Durland LLP
Attn: Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202


Jenkins Mulligan & Gabriel LLP
Attn: Larry W. Gabriel, Esq.
585 Lorna Lane
Los Angeles, CA 90049


Joseph DiNardo
5933 Main Street
Apartment 204
Williamsville, NY 14221


Joseph Ruigomez
c/o Hoover & Durland LLP
Attn: Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202
```

Kathleen Ruigomez
c/o Hoover & Durland LLP
Attn: Timothy W. Hoover, Esq.
561 Franklin Street
Buffalo, NY 14202


Keating Muething & Klekamp PLLC
Attn: Jason V. Stitt, Esq.
One East Fourth Street, Suite 1400
Cincinnati, OH 45202


NYS Department of Labor
Attn: Insolvency Unit
Harriman State Office Campus
Building 12, Room 256
Albany, NY 12240


NYS Department of Taxation & Finance
Bankruptcy Unit
Post Office Box 5300
Albany, NY 12205


NYS Unemployment Insurance
Post Office Box 15012
Albany, NY 12212-5012


NYS Workers' Compensation Board
328 State Street
Schenectady, NY 12305


NYS Workers' Compensation Board
Bureau of Compliance
Post Office Box 5200
Binghamton, NY 13092


The Hartford Financial Services Group
690 Asylum Avenue
Hartford, CT 06155


Woods Oviatt Gilman LLP
Attn: William F. Savino, Esq.
1900 Main Place Tower
350 Main Street
Buffalo, NY 14202